UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANOAH BEGLEY,

    Plaintiff,

                                          Case No. 10-14416

v.                                           Honorable Patrick J. Duggan

CPS, MICHIGAN AND ARIZONA,

    Defendants.
_____/

## **ORDER REQUIRING FILING OF AMENDED COMPLAINT**

On November 4, 2010, Plaintiff Janoah Begley ("Plaintiff") filed this lawsuit against Child Protective Services ("CPS") in Michigan and Arizona. Plaintiff paid the full filing fee when she initiated this action. In her Complaint, Plaintiff states that she "feel[s]" her civil rights have been violated by CPS workers in Michigan and Arizona. Plaintiff then provides an almost five page narrative of events concerning the removal of her grandson, George, from the custody of her daughter, Shelly May, while George and Shelly May were living in Arizona.

Federal Rule of Civil Procedure 8(a) requires that a complaint set forth a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief sought. The complaint must give the defendant "fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Conley v. Gibson*, 355 U.S. 41, 47, 78 S. Ct. 99, 103 (1957), *abrogated on other grounds by Bell Atl. Corp. v.*

*Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007). A plaintiff's allegations must be sufficient such that the court does not have to guess at the nature of the claim asserted. *Wells v. Brown*, 891 F.2d 591, 594 (6th Cir. 1989).

Plaintiff's Complaint fails to satisfy these basic pleading requirements. It is unclear from Plaintiff's Complaint what wrongful conduct she believes the Michigan and/or Arizona CPS workers engaged in and which "civil rights" Plaintiff feels they violated. For that reason, it is not evident whether this Court even has federal subject matter jurisdiction over Plaintiff's action. It also is unclear what relief Plaintiff is seeking by filing this lawsuit.

For these reasons, it is hereby ordered that Plaintiff **SHALL FILE AN AMENDED COMPLAINT** complying with Rule 8 within twenty-one (21) days of this Order **OR THE COURT SHALL DISMISS THE COMPLAINT**.

**SO ORDERED**.

Date: November 17, 2010

                                     s/PATRICK J. DUGGAN
                                     UNITED STATES DISTRICT JUDGE

Copy to:
Janoah Begley
179 Eldred Street
Battle Creek, MI 49015