UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.10-14416

JANOAH BEGLEY,

    Plaintiff(s),

-v-

CHILD PROTECTION SERVICES FOR MICHIGAN, ET.AL,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on December 16, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

The Court having entered an Order on November 17, 2010, requiring Plaintiff to file an amended within 21 days and the Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: December 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2010, by electronic and/or ordinary mail.(Janoah Begley, 179 Eldred St. Battle Creek, MI 49015)

                s/Marilyn Orem
                Case Manager